No. 261. THE SISSETON AND WAHPETON BANDS OF SIOUX INDIANS *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Thomas Sterling* and *Robert T. Tedrow* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. George T. Stormont* for the United States.

No. 264. SIDNEY C. BORG ET AL., AS A COMMITTEE, *v.* ILLINOIS TERMINAL COMPANY. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Nathan G. Moore, Alfred A. Cook, Charles S. Cutting* and *William P. Sidley* for petitioners. *Mr. H. S. Baker* for respondent.

No. 265. CARRIE HOWARD STEEDMAN AND EUGENIA HOWARD EDMUNDS *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Frank S. Bright* and *L. L. Swarts* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Fred K. Dyar* for the United States.

No. 267. FRED SMITH *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathan April* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 268. SPRINGFIELD BOILER COMPANY ET AL. *v.* BABCOCK & WILCOX COMPANY. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Fritz Brieson,*